Clear Form

*[FILED stamp: 08 SEP -2 PM 1:01, RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

# E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

EVE DEL CASTELLO,

        Plaintiff,    CASE NO. CV 08 4153 WDB

   vs.

Superior Court Alameda County

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

        Defendant.

---

I, Eve Del Castello, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? **Self Employed**  Yes ___ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

```
 1  and wages per month which you received.
 2  _____
 3  _____
 4  _____
 5  2.   Have you received, within the past twelve (12) months, any money from any of the
 6  following sources:
 7       a.   Business, Profession or              Yes  X   No ___
 8            self employment?
 9       b.   Income from stocks, bonds,           Yes ___ No  X
10            or royalties?
11       c.   Rent payments?                      Yes ___ No  X
12       d.   Pensions, annuities, or             Yes ___ No  X
13            life insurance payments?
14       e.   Federal or State welfare payments,  Yes ___ No  X
15            Social Security or other govern-
16            ment source?
17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each. AVERAGES LESS THAN $800.00 PER MONTH.
19  I LIVE ON FAMILY PROPERTY — I RECEIVE GIFTS &
20  EXCHANGES FROM VARIOUS BUSINESS FRIENDS IN RETURN
    FOR BUSINESS CONSULTING, POLITICAL DIPLOMACY/CONSULTING
    PERFORMING ARTS (PRODUCING) SOURCES VARY EACH MONTH
21  3.   Are you married?                          Yes ___ No  X
22  Spouse's Full Name: _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____  Net $_____
26  4.   a.   List amount you contribute to your spouse's support: $ _____
27       b.   List the persons other than your spouse who are dependent upon you for support
28            and indicate how much you contribute toward their support. (NOTE: For minor
```

- 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.   Do you own or are you buying a home?    Yes ___ No _X_
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?    Yes _X_ No ___
7  Make _____ Year _2005_ Model _NISSAN SENTRA_
8  Is it financed? Yes ___ No _X_ If so, Total due: $_____
9  Monthly Payment: $_____
10 7.   Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: _WASHINGTON Mutual_
12 _25th + Mission St._
13 Present balance(s): $ _7.00_
14 Do you own any cash? Yes ___ No _X_ Amount: $_____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)    Yes ___ No _X_
17
18 8.   What are your monthly expenses? _Gas, printing, food, stamps, etc. Runs about the same as my income._
19 Rent: $ _Not Applicable_  Utilities: _Under $100.00_
20 Food: $ _Some in gifts_  Clothing: _Some in gifts_
21 Charge Accounts: _None_

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.) _Not Applicable_
28

1

2  10.   Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?   Yes _X_  No ___

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.   EVE DEL CASTELLO VS. COUNTY OF ALAMEDA

6  _Supreme Court S163075_

7

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10

11  _8-29-08_                    _Eve Del Castello_

12    DATE                           SIGNATURE OF APPLICANT

13

14

...

28