UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Eve Del Castello

Plaintiff(s),

v. Superior Court — Alameda County

Defendant(s).

No. C 08-04153 WDB

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 9-2-08

Signature: Eve Del Castello

Counsel for Pro Se
(Plaintiff, Defendant or indicate "pro se")